IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED
2017 JUL 13 PM 2:07
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DISTRICT

| | |
|---|---|
| DAVID COWAN and<br>SUZANNE COWAN<br><br>Plaintiff,<br><br>vs.<br><br>USAA CASUALTY INSURANCE<br>COMPANY<br><br>Defendant. | CIVIL ACTION FILE<br><br>CASE NO.: 3:17-cv-803-J-39PDB |

## DEFENDANT'S USAA CASUALTY INSURANCE COMPANY'S NOTICE OF REMOVAL

Defendant, USAA Casualty Insurance Company, by and through its undersigned attorneys, hereby files with this Court, pursuant to 28 U.S.C. §1446, a Notice of Removal to this Court of the above captioned matter from the Fourth Judicial Circuit, Duval County, Florida. In support of the removal of this action, Defendant states as follows:

1. Plaintiffs, David Cowan and Suzanne Cowan, filed a civil suit action in the Circuit Court for Duval County, Florida, Case No.: 2017-CA-003288, Judge Karen Cole, for injuries arising out of a motor vehicle accident that occurred in Jacksonville, Duval County, Florida.

2. Defendant removes this action on the basis of diversity jurisdiction pursuant to 28 U.S.C. §1441, as:

   (1) This is an action between citizens of different states and this is a civil action;
   (2) In which the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

3. Plaintiff and Defendant are diverse in citizenship.

4. Plaintiff is a resident of Florida. Upon information and belief, Plaintiff resides in Orange Park, Clay County, Florida.

5. Defendant USAA Casualty Insurance Company ("USAA CIC") is a foreign corporation, incorporated under the laws of Texas, with its principal place of business in San Antonio, Texas.

6. Accordingly, for the purpose of determining whether diversity jurisdiction exists, Defendant is a citizen of Texas. 28 U.S.C. §1332(c) (a corporation is a citizen of any state in which it is incorporated and of the state where its principal place of business is located).

7. The amount in controversy is in excess of $75,000, exclusive of costs and interests.

8. Based on Plaintiffs' allegations contained in the Complaint, the amount in controversy exceeds $75,000.00, exclusive of costs and interests. Plaintiffs' Complaint alleges Plaintiff David Cowan has suffered permanent injuries, hospitalization expenses, and unpaid medical bills, as well as non-economic damages including, but not limited to, pain and suffering, mental anguish, and loss of the enjoyment of life. (Am. Compl. ¶6).

9. Plaintiffs are claiming as a result of the subject accident, Plaintiff David Cowan sustained injuries to his neck, mid and low back, right shoulder, and right hand.

10. Plaintiffs submitted a demand letter dated May 6, 2014 demanding the $200,000 in available underinsured motorist coverage (UIM) under their policy of insurance with USAA CIC. **See Exhibit A.** See Jade E. Towers Developers v. Nationwide Mut. Ins. Co., 936 F. Supp. 890, 892 (N.D. Fla. 1996) (A defendant may rely on pre-suit demand letters to demonstrate the amount-in-controversy even though those letters do not trigger the removal period).

11. Plaintiffs reported in their demand letter Mr. Cowen's past medical expenses exceed $204,000, which includes expenses for two surgeries – one for SLAP shoulder surgery and another for carpal tunnel release surgery.[1] **See Exhibit A.**

12. On January 26, 2017, Plaintiffs reconfirmed their pre-suit demand. **See Exhibit B.**

13. Accordingly, this case is removable pursuant to 28 U.S.C. §1441.

14. This Notice of Removal is being timely filed within 30 days of service on Defendant which occurred on **June 13, 2017**.[2] 28 U.S.C. §1446(b); Fed. R. Civ. P. 6(a)(1).

15. The United States District Court for the Middle District of Florida, Jacksonville Division, encompasses the location of the State Court action. Thus, Defendant may properly remove the State Court action to this Court pursuan t to 28 U.S.C. § 1441(a).

16. Copies of all process, pleadings, and Orders served upon Defendant are being filed concurrently with this Notice of Removal as required by 28 U.S.C. §1446(a). **Exhibit D.**

17. Pursuant to 28 U.S.C. §1446(b), the Defendant served written notice on the Plaintiff of this Notice of Removal. The Defendant filed and served a true and correct copy of this Notice of Removal with the State Court as required by 28 U.S.C. §1446(d). **Exhibit E.**

18. Defendant has submitted herewith a filing fee of $400.00.

**BOYD & JENERETTE, P.A.**

_____ FL Bar 0059371
BILLIE JO TAYLOR
Florida Bar No. 57613

---

[1] The demand contained specific medical records highlighting the treatment Plaintiff David Cowan has received to date. Due to the sensitive and confidential nature of Plaintiff's medical records, Defendant USAA CIC has not attached the records to this Notice. However, Defendant USAA CIC will provide to the Court upon request.

[2] Plaintiffs' initial Complaint was served on June 13, 2017. Plaintiffs filed their Second Amended Complaint on July 3, 2017, however, same was never served. On July 7, 2017, the parties filed a Joint Stipulation to allow Plaintiffs to file an amended complaint correcting the caption to change the name of Defendant only. **See Exhibit C.** In an abundance of caution and because of the disorganized filing of Plaintiffs' various pleadings, Defendant files this Notice of Removal within 30 days of service of the initial Complaint.

**TRIAL COUNSEL**
ELIZABETH T. CARDENAS
Florida Bar No. 118126
BOYD & JENERETTE, P.A.
201 North Hogan Street, Suite 400
Jacksonville, Florida 32202
(904) 353-6241
(904) 493-5655 (facsimile)
*Attorneys for Defendant*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to Michelline Haynes Ruth, Esq (pleadings@ronsholespa.com) 4981 Atlantic Boulevard, Jacksonville, FL 32207; via Electronic Mail, this 13th day of July, 2017.

BOYD & JENERETTE, P.A.

_____ FL Bar 0059371
BILLIE JO TAYLOR
Florida Bar No. 57613
**TRIAL COUNSEL**
ELIZABETH T. CARDENAS
Florida Bar No. 118126
BOYD & JENERETTE, P.A.
201 North Hogan Street, Suite 400
Jacksonville, Florida 32202
(904) 353-6241
(904) 493-5655 (facsimile)
*Attorneys for Defendant*