# EXHIBIT D

01812438

## Case 16-2017-CA-003288-XXXX-MA

| Department | Circuit Civil | Division | CV-B |
|---|---|---|---|
| Case Status | OPEN | File Date | 5/23/2017 5:51:39 PM |
| Judge Name | COLE, KAREN K. | Officer | |
| Private Attorney | Ruth, Michelline Haynes | | |

### Parties

| Name / DOB / DL / ID # | Party Type Race / Sex | Address |
|---|---|---|
| DAVID COWAN | PLAINTIFF / | 4981 ATLANTIC BOULEVARD JACKSONVILLE, FL32207 |
| SUZANNE COWAN | PLAINTIFF / | 4981 ATLANTIC BOULEVARD JACKSONVILLE, FL32207 |
| United Services Automobile Association | DEFENDANT / B | 9800 FREDERICKSBURG ROAD SAN ANTONIO, TX78288 |

### Attorneys

| Attorney | Address | For Parties |
|---|---|---|
| Ruth, Michelline Haynes Private Attorney (759491) | 9282 Atlantic Blvd Jacksonville, FL322258217 | DAVID COWAN (PLAINTIFF) |
| Taylor, Billie Jo Private Attorney (57613) | 201 N Hogan St Ste 400 Jacksonville, FL322024220 | United Services Automobile Association (DEFENDANT) |

### Fees

| Date | Description | Assessed | Paid | Balance |
|---|---|---|---|---|
| 06/06/2017 | SUMMONS($10/ea) | $10.00 | $10.00 | $0.00 |
| 05/24/2017 | SUMMONS($10/ea) | $10.00 | $10.00 | $0.00 |
| 05/24/2017 | CIR/GENERALCIVIL 3/1/2012 | $401.00 | $401.00 | $0.00 |

### Dockets

| Line | Count | Effective Entered | Description | Pages | Image |
|---|---|---|---|---|---|
| 1 | -- | 5/23/2017 5/24/2017 | COVER SHEET | 2 | Available VOR, User exempt |
| 2 | -- | 5/23/2017 5/24/2017 | COMPLAINT | 3 | Available VOR, User exempt |
| 3 | -- | 5/23/2017 5/24/2017 | SUMMONS ISSUED - UNITED STATES AUTOMOBILE ASSOCIATION (USAA) | 3 | Available VOR, User exempt |

| 4 | -- | 5/23/2017 5/24/2017 | NOTICE OF SERVICE OF INTERROGATORIES - PLTF DAVID COWEN | 1 | Available VOR, User exempt |
| 5 | -- | 5/23/2017 5/24/2017 | REQUEST TO PRODUCE - PLTF DAVID COWAN | 3 | Available VOR, User exempt |
| 6 | -- | 5/23/2017 5/24/2017 | CONTRACT AND INDEBTEDNESS | | |
| 7 | -- | 5/24/2017 5/24/2017 | CASE FEES PAID: $411.00 ON RECEIPT NUMBER 2935889 | 1 | Available Public access |
| 8 | -- | 5/24/2017 5/24/2017 | DEMAND FOR JURY TRIAL | | |
| 9 | -- | 6/5/2017 6/6/2017 | AMENDED COMPLAINT (FIRST) PLAINTIFFS, DAVID COWAN AND SUZANNE COWAN | 3 | Available VOR, User exempt |
| 10 | -- | 6/5/2017 6/6/2017 | SUMMONS ISSUED TO: UNITED SERVICES AUTOMOBILE ASSOCIATION | 3 | Available VOR, User exempt |
| 11 | -- | 6/6/2017 6/6/2017 | CASE FEES PAID: $10.00 ON RECEIPT NUMBER 2944117 | 1 | Available Public access |
| 12 | -- | 6/7/2017 6/7/2017 | REQUEST TO PRODUCE (PLTF DAVID COWANS AMENDED) TO DEFT | 3 | Available VOR, User exempt |
| 13 | -- | 6/7/2017 6/7/2017 | NOTICE OF SERVICE OF INTERROGATORIES (PLTF DAVID COWANS AMENDED) TO DEFT | 1 | Available VOR, User exempt |
| 14 | -- | 6/12/2017 6/13/2017 | SUMMONS RETURNED INDICATING SERVICE AMENDED, 06/09/2017 10:20AM UNITED SERVICES AUTO ASSOCIATION AND/OR USAA CASUALTY INS CO C/O CHIEF FINANCIAL OFFICER | 1 | Available Public access |
| 15 | -- | 6/16/2017 6/19/2017 | SUMMONS RETURNED INDICATING SERVICE SERVED ON USAA 6/13/2017 | 1 | Available Public access |
| 16 | -- | 7/3/2017 7/4/2017 | NOTICE OF APPEARANCE OF COUNSEL BILLIE TAYLOR FOR UNITED SERVICES AUTOMOBILE ASSOCIATION | 1 | Available |

|  |  |  |  |  | Public access |
|---|---|---|---|---|---|
| 17 | -- | 7/3/2017 7/4/2017 | NOTICE OF DESIGNATING PRIMARY EMAIL ADDRESS FOR THE SERVICE OF PLEADINGS AND PAPERS | 2 | Available VOR, User exempt |
| 18 | -- | 7/3/2017 7/7/2017 | AMENDED COMPLAINT SECOND | 3 | Available VOR, User exempt |
| 19 | -- | 7/7/2017 7/10/2017 | STIPULATION AND AGREEMENT TO ALLOW PLAINTIFF'S FILE AMENDED COMPLAINT CORRESTING THE CAPTION | 1 | Available VOR, User exempt |

Filing # 56834551 E-Filed 05/23/2017 05:51:39 PM

## FORM 1.997. CIVIL COVER SHEET

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner for the use of the Clerk of Court for the purpose of reporting judicial workload data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

**I.    CASE STYLE**

IN THE CIRCUIT COURT OF THE <u>FOURTH</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>DUVAL</u>   COUNTY, FLORIDA

Case No.:_____
Judge: _____

<u>David Cowan, Suzanne Cowan</u>
Plaintiff
          vs.
<u>United States Automobile Association</u>
Defendant

**II.    TYPE OF CASE**

- ☐ Condominium
- ☒ Contracts and indebtedness
- ☐ Eminent domain
- ☐ Auto negligence
- ☐ Negligence – other
  - ☐   Business governance
  - ☐   Business torts
  - ☐   Environmental/Toxic tort
  - ☐   Third party indemnification
  - ☐   Construction defect
  - ☐   Mass tort
  - ☐   Negligent security
  - ☐   Nursing home negligence
  - ☐   Premises liability – commercial
  - ☐   Premises liability – residential
- ☐ Products liability
- ☐ Real Property/Mortgage foreclosure
  - ☐   Commercial foreclosure $0 - $50,000
  - ☐   Commercial foreclosure $50,001 - $249,999
  - ☐   Commercial foreclosure $250,000 or more
  - ☐   Homestead residential foreclosure $0 – 50,000
  - ☐   Homestead residential foreclosure $50,001 - $249,999
  - ☐   Homestead residential foreclosure $250,000 or more
  - ☐   Non-homestead residential foreclosure $0 - $50,000
  - ☐   Non-homestead residential foreclosure $50,001 - $249,999

- ☐ Non-homestead residential foreclosure $250,00 or more
- ☐ Other real property actions $0 - $50,000
- ☐ Other real property actions $50,001 - $249,999
- ☐ Other real property actions $250,000 or more

- ☐ Professional malpractice
  - ☐   Malpractice – business
  - ☐   Malpractice – medical
  - ☐   Malpractice – other professional
- ☐ Other
  - ☐   Antitrust/Trade Regulation
  - ☐   Business Transaction
  - ☐   Circuit Civil - Not Applicable
  - ☐   Constitutional challenge-statute or ordinance
  - ☐   Constitutional challenge-proposed amendment
  - ☐   Corporate Trusts
  - ☐   Discrimination-employment or other
  - ☐   Insurance claims
  - ☐   Intellectual property
  - ☐   Libel/Slander
  - ☐   Shareholder derivative action
  - ☐   Securities litigation
  - ☐   Trade secrets
  - ☐   Trust litigation

### COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

III.    **REMEDIES SOUGHT** (check all that apply):
        ☒    Monetary;
        ☐    Non-monetary declaratory or injunctive relief;
        ☐    Punitive

IV.    **NUMBER OF CAUSES OF ACTION: (     )**
(Specify)

    <u>2</u>

V.    **IS THIS CASE A CLASS ACTION LAWSUIT?**
        ☐    Yes
        ☒    No

VI.    **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
        ☒    No
        ☐    Yes – If "yes" list all related cases by name, case number and court:

VII.    **IS JURY TRIAL DEMANDED IN COMPLAINT?**
        ☒    Yes
        ☐    No

---

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature <u>s/ Ronald E Sholes</u>    FL Bar No.: <u>536741</u>
    Attorney or party                         (Bar number, if attorney)

    <u>Ronald E Sholes</u>    <u>05/23/2017</u>
    (Type or print name)                        Date

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
IN AND FOR DUVAL COUNTY, FLORIDA CIVIL DIVISION

DAVID COWAN and                    CASE NO:
SUZANNE COWAN,                     DIVISION:

      Plaintiff,

v.

UNITED STATE AUTOMOBILE
ASSOCIATION (USAA), a domestic
Corporation,

      Defendant.

_____/

## SUMMONS:
## PERSONAL SERVICE
## IMPORTANT

**THE STATE OF FLORIDA:**

To Each Sheriff of the State:

    **YOU ARE COMMANDED** to serve this Summons and a copy of the Complaint, Plaintiff's First Interrogatories to Defendant and Request to Produce to Defendant on the Defendant:

    **UNITED STATES AUTOMOBILE ASSOCIATION (USAA)**
    **9800 Fredericksburg Road**
    **San Antonio, TX 78288**

    **WITNESS** my hand and the seal of this Court on

        May 24 2017

_____.

                               Ronnie Fussell
**(SEAL)**                   **CLERK OF THE CIRCUIT COURT**
                               Ronnie Fussell

                               By: _____
                               As Deputy Clerk

Persons with disabilities requesting reasonable accommodations to participate in this preceding should contact (352) 374-3639 (voice & TDD) or via Florida Relay Service at (800) 955-8771.

### IMPORTANT

A lawsuit has been filed against you. You have twenty (20) calendar days after this Summons is served on you to file a written response to the attached Complaint with the Clerk of this Circuit Court, located at: 501 West Adams Street, Jacksonville, FL 32202. A telephone call will not protect you; your written response, including the above case number given above and the names of the parties, must be filed if you want the Court to hear your case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book.)

If you choose to file a written response yourself, at the same time you file your written response to the Court, you must also mail or take a carbon copy or photocopy of your written response to the "Plaintiff's Attorney" named below.

**RONALD E. SHOLES, P.A.**
4981 Atlantic Blvd.
Jacksonville, FL 32207
PH: 904-721-7575/ FAX: 721-7474

### IMPORTANT

Usted ha sido demandado legalmente. Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Localizado en: 501 West Adams Street, Jacksonville, FL 32202 Una llamada telefonica no lo protegera; si usted desea que el tribunal consideres su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas en dicho caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales, si lo desea, puede usted consultar a unb abogado immediataments. Si no concoce a un abagado, puede llamar a una de las oficinas de asistencia legal que aparencen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su rospuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denomminada abajo como "Plaintiff's Attorney" . (Demandate o Abogado del Demandante).

**RONALD E. SHOLES, P.A.**
4981 Atlantic Blvd.
Jacksonville, FL 32207
PH: 904-721-7575/ FAX: 721-7474

### IMPORTANT

Des poursuites juriciaries ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une response ecrite a la plainte ci-jointe aupres de ce tribunal. Qui se trouve a: 501 West Adams Street, Jacksonville, FL 32202. Un simple coup de telephone est insuffisant pour vous proteger; vous etes oblige do deposer votre response ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le Tribunal entende votre cause. Si vous ne deposez pas votre response ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du Tribunal. Il y a d'autres obligtions juridiques et vous pouvez requerir les services immediate d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de renference d'avocats ou a un bureau d'assistance juridique (figuarant a l'annuaire de telephones).

Si vous choisissez de eposer vous-meme une response recrite il vous faudra egalement, en meme temps que cette formalite, faire parenvir ou expendier une copie au carbone ou one photocopies de votre response ecrite au "Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

**RONALD E. SHOLES, P.A.**
4981 Atlantic Blvd.
Jacksonville, FL 32207
PH: 904-721-7575/ FAX: 721-7474

Filing # 56834551 E-Filed 05/23/2017 05:51:39 PM

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
IN AND FOR DUVAL COUNTY, FLORIDA CIVIL DIVISION

DAVID COWAN and            CASE NO:
SUZANNE COWAN,           DIVISION:

      Plaintiff,

v.

UNITED STATES AUTOMOBILE
ASSOCIATION, a domestic corporation,

      Defendant.

_____/

**PLAINTIFF DAVID COWAN'S NOTICE OF**
**PROPOUNDING FIRST SET OF INTERROGATORIES TO DEFENDANT**

      Plaintiff, DAVID COWAN, by and through the undersigned attorney, gives notice of

propounding Interrogatories numbered 1 through 25 to the Defendant, UNITED STATES

AUTOMOBILE ASSOCIATION (hereinafter, "USAA") and has furnished a copy of same to the

Defendant to be answered under oath within forty-five (45) day of receipt hereof.

Dated this **23** day of May, 2017.

                      _____

                      **MICHELLINE HAYNES RUTH (FL Bar No. 759491)**
                      **RONALD E. SHOLES, P.A.**
                      4981 Atlantic Boulevard
                      Jacksonville, Florida 32207
                      Ph: 904-721-7575 Fax: 904-721-7474
                      Primary Email: **Pleadings@ronsholespa.com**
                      Attorney for Plaintiffs

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
IN AND FOR DUVAL COUNTY, FLORIDA CIVIL DIVISION

DAVID COWAN and                          CASE NO:
SUZANNE COWAN,                           DIVISION:

      Plaintiffs,

v.

UNITED STATES AUTOMOBILE
ASSOICATION, a domestic corporation,

      Defendant.

_____/

### **PLAINTIFF DAVID COWAN'S REQUEST TO PRODUCE TO DEFENDANT**

**COMES NOW** Plaintiff DAVID COWAN by and through the undersigned counsel and
pursuant to Rule 1.350 of The Florida Rules of Civil Procedure, and hereby requests the
Defendant, UNITED STATES AUTOMOBILE ASSOCIATION (hereinafter "USAA"), to
produce the following materials to the undersigned attorney within forty-five (45) days of service
hereof for examination, inspection and copying:

1.    All documents relating in any way to prior injuries sustained by Plaintiff.

**RESPONSE:**

2.    Any and all statements concerning this action or the subject matter of this action
previously made by the Plaintiff herein.

**RESPONSE:**

3.    The entire claim file of Plaintiff concerning the incident alleged herein, excluding only
correspondence and memoranda between Defendant and their counsel.

**RESPONSE:**

4.      All documents relating to, supporting or verifying any of USSA's affirmative defenses.

**RESPONSE:**

5.      All transcribed, recorded or written statements by any persons or witnesses who have knowledge of the facts of this case, including any notes taken thereon.

**RESPONSE:**

6.      Any and all documents, audio or video recordings, motion pictures, and/or detectives' reports, written statements, handwritten or typed notes or reports, summaries and photographs regarding any surveillance of the Plaintiff since the date of the events giving rise to this action.

**RESPONSE:**

7.      Photographs, maps and diagrams of the scene of the accident, or the location of the accident.

**RESPONSE:**

8.      Photographs of the motor vehicles involved in the accident.

**RESPONSE:**

9.      Photographs depicting the Plaintiff's injuries.

**RESPONSE:**

10.    Estimates, invoices and/or repair bills regarding the damage to any of the motor vehicles

that were involved in the incident described in the Complaint.

**RESPONSE:**


13.    A copy of the insurance policy with any addendum's and or rejection forms.

**RESPONSE:**


14.    A copy of Plaintiff's PIP log.

**RESPONSE:**


Dated this _23_ day of May, 2017.


MICHELLINE HAYNES RUTH (FL Bar No. 759491)
RONALD E. SHOLES, P.A.
4981 Atlantic Boulevard
Jacksonville, Florida 32207
Ph: 904-721-7575 Fax: 904-721-7474
Primary Email: **Pleadings@ronsholespa.com**
Attorney for Plaintiffs



**RONNIE FUSSELL**

# RECEIPT
2935889

CLERK OF THE CIRCUIT AND COUNTY COURTS
JACKSONVILLE, DUVAL COUNTY, FLORIDA

Printed On:
05/24/2017 01:30
Page 1 of 1

| Receipt Number: 2935889 - Date 05/24/2017  Time 1:30PM | | |
|---|---|---|
| Received of: | Ronald E Sholes<br>4981 Atlantic Boulevard<br>Jacksonville, FL 32207 | |
| Cashier Name: | EFile | **Balance Owed:** 411.00 |
| Cashier Location: | E-Filing | **Total Amount Paid:** 411.00 |
| Receipt ID: | 6184150 | **Remaining Balance:** 0.00 |
| Division: | CV-B(Circuit) | |

| Case# 16-2017-CA-003288-XXXX-MA -- PLAINTIFF: COWAN, DAVID | | | |
|---|---|---|---|
| **Item** | **Balance** | **Paid** | **Bal Remaining** |
| Fees | 411.00 | 411.00 | 0.00 |
| **Case Total** | **411.00** | **411.00** | **0.00** |

| Payments | | |
|---|---|---|
| **Type** | **Ref#** | **Amount** |
| EFILING | 18636090 | **411.00** |
| **Total Received** | | **411.00** |
| **Total Paid** | | **411.00** |

## The clerk of courts is here to help you.

| We can be found online at: | **WWW.DUVALCLERK.COM** |
|---|---|
| The main courthouse Location is: | **Clerk of the Circuit and County Courts<br>Duval County, Florida**<br>501 West Adams Street<br>Jacksonville, Florida 32202 |
| The main telephone number is: | 904-255-2000 |
| Other Locations: | **Neptune Beach Courthouse Annex**<br>1543 Atlantic Blvd<br>Neptune Beach, Florida 32266 |

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
IN AND FOR DUVAL COUNTY, FLORIDA CIVIL DIVISION

DAVID COWAN and                          CASE NO:
SUZANNE COWAN, his wife                   DIVISION:

      Plaintiffs,

v.

UNITED STATES AUTOMOBILE
ASSOCIATION (USAA), a domestic
Corporation,

      Defendant.
_____/

## COMPLAINT

Plaintiffs, DAVID COWAN and SUZANNE COWAN, by and through the undersigned attorney,

hereby sue Defendant, UNITED STATES AUTOMOBILE ASSOCIATION (hereinafter

"USAA"), a domestic corporation and allege:

1.      This is an action for damages that exceed $15,000.00.

2.      At all times material hereto, Plaintiffs were residents of Orange Park, Clay

County, Florida.

3.      At all times material hereto, Defendant, USAA, was an insurance corporation

licensed to do and doing business in the State of Florida.

4.      On or about February 13, 2013, JOSEPH CORNUET was operating a motor

vehicle at or near the intersection of I-295 (SR-9A) Jacksonville, Florida.

5.      At that time and place, JOSEPH CORNUET negligently operated or maintained

said motor vehicle so that it collided with Plaintiff, DAVID COWAN's motor vehicle.

6.      As a result, Plaintiff, DAVID COWAN, suffered permanent injuries within a

reasonable degree of medical probability, resulting in pain and suffering, disability, mental

anguish, loss of capacity for the enjoyment of life, inconvenience, expense of medical care and treatment, loss of earnings and other economic damages, loss of ability to earn money in the future, and/or aggravation of a previously existing condition. The losses are continuing and the Plaintiffs will suffer losses into the future.

7.      At all times material hereto, JOSEPH CORNUET was an underinsured motorist and maintained minimal bodily injury liability benefits of with INTEGON NATIONAL INSURANCE COMPANY, a foreign corporation.  Said limits were fully tendered to and accepted by Plaintiffs with the knowledge and consent of Defendant.

8.      At all times material hereto, Plaintiffs had contracted with Defendant, USAA, for liability insurance which included coverage for uninsured/underinsured motorist's coverage—00652-84-14C-7303-3.  A copy of the insurance policy is attached hereto as Exhibit "A", and incorporated herein by this reference.

9.      Defendant was notified by Plaintiffs, by and through the undersigned attorneys, that JOSEPH CORNUET was an underinsured motorist and maintained limited bodily injury liability benefits insufficient to satisfy the Plaintiffs' claim for personal injury, thereby creating an underinsured motorist claim against Defendant.

10.     Defendant is in breach of its contract by failure to pay underinsured motorists benefits to Plaintiff.

11.     Plaintiffs have fulfilled all conditions precedent to filing suit against Defendant.

**WHEREFORE**, Plaintiffs demand judgment for damages and costs against Defendant USAA INSURANCE COMPANY, and a trial by jury of all issues herein.

## LOSS OF CONSORTIUM

Plaintiffs re-allege paragraphs 1 through 12 as if fully set forth herein and further allege:

12.    At all times material hereto, Plaintiff, SUZANNE COWAN, was the wife of Plaintiff, DAVID COWAN, and they were residing together under this family relationship.

13.    As the direct and proximate result of the aforesaid negligence, Plaintiff, SUZANNE COWAN, suffered in the past and will continue to suffer in the future the loss of the comfort, society, consortium and services of her husband, DAVID COWAN.

**WHEREFORE**, Plaintiff, SUZANNE COWAN, demands judgment for damages and costs against Defendant, USAA, and further demands a trial by jury of all issues herein.

Dated this _23_ day of May, 2017.


**MICHELLINE HAYNES RUTH (FL Bar No. 759491)**
**RONALD E. SHOLES, P.A.**
4981 Atlantic Boulevard
Jacksonville, Florida 32207
Ph: 904-721-7575 Fax: 904-721-7474
Primary Email: **Pleadings@ronsholespa.com**
Attorneys for Plaintiffs

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
IN AND FOR DUVAL COUNTY, FLORIDA CIVIL DIVISION

DAVID COWAN and
SUZANNE COWAN,

CASE NO:    2017-CA-3288
DIVISION:   CV-B

Plaintiffs,

v.

UNITED SERVICES AUTOMOBILE
ASSOCIATION (USAA), a domestic
Corporation,

Defendant.

_____/

## AMENDED COMPLAINT

Plaintiffs, DAVID COWAN and SUZANNE COWAN, by and through the undersigned

attorney, hereby sue Defendant, UNITED SERVICES AUTOMOBILE ASSOCIATION

(hereinafter "USAA"), a domestic corporation and allege:

1.     This is an action for damages that exceed $15,000.00.

2.     At all times material hereto, Plaintiffs were residents of Orange Park, Clay

County, Florida.

3.     At all times material hereto, Defendant, USAA, was an insurance corporation

licensed to do and doing business in the State of Florida.

4.     On or about February 13, 2013, JOSEPH CORNUET was operating a motor

vehicle at or near the intersection of I-295 (SR-9A) Jacksonville, Florida.

5.     At that time and place, JOSEPH CORNUET negligently operated or maintained

said motor vehicle so that it collided with Plaintiff, DAVID COWAN's motor vehicle.

6.     As a result, Plaintiff, DAVID COWAN, suffered permanent injuries within a

reasonable degree of medical probability, resulting in pain and suffering, disability, mental

anguish, loss of capacity for the enjoyment of life, inconvenience, expense of medical care and treatment, loss of earnings and other economic damages, loss of ability to earn money in the future, and/or aggravation of a previously existing condition. The losses are continuing and the Plaintiffs will suffer losses into the future.

7.     At all times material hereto, JOSEPH CORNUET was an underinsured motorist and maintained minimal bodily injury liability benefits of with INTEGON NATIONAL INSURANCE COMPANY, a foreign corporation.   Said limits were fully tendered to and accepted by Plaintiffs with the knowledge and consent of Defendant.

8.     At all times material hereto, Plaintiffs had contracted with Defendant, USAA, for liability insurance which included coverage for uninsured/underinsured motorist's coverage— 00652-84-14C-7303-3.  A copy of the insurance policy is attached hereto as Exhibit "A", and incorporated herein by this reference.

9.     Defendant was notified by Plaintiffs, by and through the undersigned attorneys, that JOSEPH CORNUET was an underinsured motorist and maintained limited bodily injury liability benefits insufficient to satisfy the Plaintiffs' claim for personal injury, thereby creating an underinsured motorist claim against Defendant.

10.     Defendant is in breach of its contract by failure to pay underinsured motorists benefits to Plaintiff.

11.     Plaintiffs have fulfilled all conditions precedent to filing suit against Defendant.

**WHEREFORE**, Plaintiffs demand judgment for damages and costs against Defendant USAA INSURANCE COMPANY, and a trial by jury of all issues herein.

## LOSS OF CONSORTIUM

Plaintiffs re-allege paragraphs 1 through 12 as if fully set forth herein and further allege:

12.     At all times material hereto, Plaintiff, SUZANNE COWAN, was the wife of Plaintiff, DAVID COWAN, and they were residing together under this family relationship.

13.     As the direct and proximate result of the aforesaid negligence, Plaintiff, SUZANNE COWAN, suffered in the past and will continue to suffer in the future the loss of the comfort, society, consortium and services of her husband, DAVID COWAN.

**WHEREFORE**, Plaintiff, SUZANNE COWAN, demands judgment for damages and costs against Defendant, USAA, and further demands a trial by jury of all issues herein.

Dated this 5th day of June, 2017.


_Michelline Haynes Ruth_
**MICHELLINE HAYNES RUTH (FL Bar No. 759491)**
**RONALD E. SHOLES, P.A.**
4981 Atlantic Boulevard
Jacksonville, Florida 32207
Ph: 904-721-7575 Fax: 904-721-7474
Primary Email: **Pleadings@ronsholespa.com**
Attorneys for Plaintiffs

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
IN AND FOR DUVAL COUNTY, FLORIDA CIVIL DIVISION

DAVID COWAN and                         CASE NO:    2017-CA-3288
SUZANNE COWAN,                          DIVISION:   CV-B

     Plaintiff,

v.

UNITED SERVICES AUTOMOBILE
ASSOCIATION (USAA), a domestic
Corporation,

     Defendant.

_____/

## AMENDED SUMMONS:
### PERSONAL SERVICE
### **IMPORTANT**

**THE STATE OF FLORIDA:**

To Each Sheriff of the State:

     **YOU ARE COMMANDED** to serve this Summons and a copy of the Complaint, Plaintiff's First Interrogatories to Defendant and Request to Produce to Defendant on the Defendant:

**UNITED SERVICES AUTOMOBILE ASSOCIATION**
**and/or USAA Casualty Insurance Company**
**c/o Chief Financial Officer**
**P.O. Box 6200 (32314-6200)**
**200 East Gaines Street**
**Tallahassee, FL 32399-0000**

     **WITNESS** my hand and the seal of this Court on

_____JUNE 6, 2017_____.

**(SEAL)**

**CLERK OF THE CIRCUIT COURT**
Ronnie Fussell

By: _Glenda M. Ozioba_
As Deputy Clerk

**Persons with disabilities requesting reasonable accommodations to participate in this preceding should contact (352) 374-3639 (voice & TDD) or via Florida Relay Service at (800) 955-8771.**

## IMPORTANT

A lawsuit has been filed against you. You have twenty (20) calendar days after this Summons is served on you to file a written response to the attached Complaint with the Clerk of this Circuit Court, located at: 501 West Adams Street, Jacksonville, FL 32202. A telephone call will not protect you; your written response, including the above case number given above and the names of the parties, must be filed if you want the Court to hear your case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book.)

If you choose to file a written response yourself, at the same time you file your written response to the Court, you must also mail or take a carbon copy or photocopy of your written response to the "Plaintiff's Attorney" named below.

**RONALD E. SHOLES, P.A.**
4981 Atlantic Blvd.
Jacksonville, FL 32207
PH: 904-721-7575/ FAX: 721-7474

## IMPORTANT

Usted ha sido demandado legalmente. Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Localizado en: 501 West Adams Street, Jacksonville, FL 32202 Una llamada telefonica no lo protegera; si usted desea que el tribunal consideres su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas en dicho caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales, si lo desea, puede usted consultar a unb abogado immediataments. Si no concoce a un abagado, puede llamar a una de las oficinas de asistencia legal que aparencen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su rospuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denomminada abajo como "Plaintiff's Attorney" . (Demandate o Abogado del Demandante).

**RONALD E. SHOLES, P.A.**
4981 Atlantic Blvd.
Jacksonville, FL 32207
PH: 904-721-7575/ FAX: 721-7474

## IMPORTANT

Des poursuites juriciaries ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une response ecrite a la plainte ci-jointe aupres de ce tribunal. Qui se trouve a: 501 West Adams Street, Jacksonville, FL 32202. Un simple coup de telephone est insuffisant pour vous proteger; vous etes oblige do deposer votre response ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le Tribunal entende votre cause. Si vous ne deposez pas votre response ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du Tribunal. Il y a d'autres obligtions juridiques et vous pouvez requerir les services immediate d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de renference d'avocats ou a un bureau d'assistance juridique (figuarant a l'annuaire de telephones).

Si vous choisissez de eposer vous-meme une response recrite il vous faudra egalement, en meme temps que cette formalite, faire parenvir ou expendier une copie au carbone ou one photocopies de votre response ecrite au "Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

**RONALD E. SHOLES, P.A.**
4981 Atlantic Blvd.
Jacksonville, FL 32207
PH: 904-721-7575/ FAX: 721-7474



**RONNIE FUSSELL**

CLERK OF THE CIRCUIT AND COUNTY COURTS
JACKSONVILLE, DUVAL COUNTY, FLORIDA

# RECEIPT
2944117

Printed On:
06/06/2017 10:14
Page 1 of 1

| Receipt Number: 2944117 - Date 06/06/2017  Time 10:14AM | | |
|---|---|---|
| **Received of:** | Ronald E Sholes 4981 Atlantic Boulevard Jacksonville, FL 32207 | |
| **Cashier Name:** EFile | **Balance Owed:** | 10.00 |
| **Cashier Location:** E-Filing | **Total Amount Paid:** | 10.00 |
| **Receipt ID:** 6193034 | **Remaining Balance:** | 0.00 |
| **Division:** CV-B(Circuit) | | |

| Case# 16-2017-CA-003288-XXXX-MA -- PLAINTIFF: COWAN, DAVID | | | |
|---|---|---|---|
| Item | Balance | Paid | Bal Remaining |
| Fees | 10.00 | 10.00 | 0.00 |
| **Case Total** | **10.00** | **10.00** | **0.00** |

| Payments | | |
|---|---|---|
| **Type** | **Ref#** | **Amount** |
| EFILING | 18728786 | **10.00** |
| **Total Received** | | **10.00** |
| **Total Paid** | | **10.00** |

## The clerk of courts is here to help you.

| We can be found online at: | **WWW.DUVALCLERK.COM** |
|---|---|
| The main courthouse Location is: | **Clerk of the Circuit and County Courts Duval County, Florida** 501 West Adams Street Jacksonville, Florida 32202 |
| The main telephone number is: | 904-255-2000 |
| Other Locations: | **Neptune Beach Courthouse Annex** 1543 Atlantic Blvd Neptune Beach, Florida 32266 |

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
IN AND FOR DUVAL COUNTY, FLORIDA CIVIL DIVISION

DAVID COWAN and                          CASE NO:   2017-CA-3288
SUZANNE COWAN,                           DIVISION:  CV-B

    Plaintiffs,

v.

UNITED SERVICES AUTOMOBILE
ASSOICATION, a domestic corporation,

    Defendant.

_____/

## PLAINTIFF DAVID COWAN'S
## AMENDED REQUEST TO PRODUCE TO DEFENDANT

**COMES NOW** Plaintiff DAVID COWAN by and through the undersigned counsel and

pursuant to Rule 1.350 of The Florida Rules of Civil Procedure, and hereby requests the Defendant,

UNITED SERVICES AUTOMOBILE ASSOCIATION (hereinafter "USAA"), to produce the

following materials to the undersigned attorney within forty-five (45) days of service hereof for

examination, inspection and copying:

1.    All documents relating in any way to prior injuries sustained by Plaintiff.

### RESPONSE:

2.    Any and all statements concerning this action or the subject matter of this action previously
made by the Plaintiff herein.

### RESPONSE:

3.    The entire claim file of Plaintiff concerning the incident alleged herein, excluding only
correspondence and memoranda between Defendant and their counsel.

**RESPONSE:**

4.      All documents relating to, supporting or verifying any of USSA's affirmative defenses.

**RESPONSE:**

5.      All transcribed, recorded or written statements by any persons or witnesses who have knowledge of the facts of this case, including any notes taken thereon.

**RESPONSE:**

6.      Any and all documents, audio or video recordings, motion pictures, and/or detectives' reports, written statements, handwritten or typed notes or reports, summaries and photographs regarding any surveillance of the Plaintiff since the date of the events giving rise to this action.

**RESPONSE:**

7.      Photographs, maps and diagrams of the scene of the accident, or the location of the accident.

**RESPONSE:**

8.      Photographs of the motor vehicles involved in the accident.

**RESPONSE:**

9.      Photographs depicting the Plaintiff's injuries.

**RESPONSE:**

10.    Estimates, invoices and/or repair bills regarding the damage to any of the motor vehicles

that were involved in the incident described in the Complaint.

**RESPONSE:**


13.    A copy of the insurance policy with any addendum's and or rejection forms.

**RESPONSE:**


14.    A copy of Plaintiff's PIP log.

**RESPONSE:**


Dated this _7¹ʰ_ day of June, 2017.

MICHELLINE HAYNES RUTH (FL Bar No. 759491)
RONALD E. SHOLES, P.A.
4981 Atlantic Boulevard
Jacksonville, Florida 32207
Ph: 904-721-7575 Fax: 904-721-7474
Primary Email: **Pleadings@ronsholespa.com**
Attorney for Plaintiffs

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
IN AND FOR DUVAL COUNTY, FLORIDA CIVIL DIVISION

DAVID COWAN and                                    CASE NO:   2017-CA-3288
SUZANNE COWAN,                                     DIVISION:  CV-B

     Plaintiff,

v.

UNITED SERVICES AUTOMOBILE
ASSOCIATION, a domestic corporation,

     Defendant.

_____/

## PLAINTIFF DAVID COWAN'S AMENDED NOTICE OF PROPOUNDING FIRST SET OF INTERROGATORIES TO DEFENDANT

Plaintiff, DAVID COWAN, by and through the undersigned attorney, gives notice of

propounding Interrogatories numbered 1 through 25 to the Defendant, UNITED SERVICES

AUTOMOBILE ASSOCIATION (hereinafter, "USAA") and has furnished a copy of same to the

Defendant to be answered under oath within forty-five (45) day of receipt hereof.

Dated this 7th day of June, 2017.

MICHELLINE HAYNES RUTH (FL Bar No. 759491)
RONALD E. SHOLES, P.A.
4981 Atlantic Boulevard
Jacksonville, Florida 32207
Ph: 904-721-7575 Fax: 904-721-7474
Primary Email: **Pleadings@ronsholespa.com**
Attorney for Plaintiffs

## RETURN OF SERVICE

**State of Florida**                    **County of DUVAL**                    **CIRCUIT Court**

Case Number: 2017-CA-3288 (CV-B)

Plaintiff:
**DAVID COWAN AND SUZANNE COWAN**

vs.

Defendant:
**UNITED SERVICES AUTOMOBILE ASSOCATION (USAA), A DOMESTIC CORPORATION**

For:
MICHELLINE HAYNES RUTH
RONALD E. SHOLES, P.A.
4981 ATLANTIC BLVD.
JACKSONVILLE, FL 32207

Received by NOLAN PROCESS SERVERS, LLC on the 8th day of June, 2017 at 3:08 pm to be served on **UNITED SERVICES AUTOMOBILE ASSOCIATION AND/OR USAA CASUALTY INSURANCE COMPANY C/O CHIEF FINANCIAL OFFICER, AS REG. AGENT, 200 EAST GAINES STREET, P.O. BOX 6200 (32314-6200), TALLAHASSEE, FL 32399.**

I, MICHAEL C. NOLAN, do hereby affirm that on the **9th day of June, 2017** at **10:20 am, I:**

**CORPORATE:** served by delivering a true copy of the **AMENDED SUMMONS; AMENDED COMPLAINT; PLAINTIFF'S DAVID COWAN'S AMENDED NOTICE OF PROPOUNDING FIRST SET OF INTERROGATORIES TO DEFENDANT; PLAINTIFF DAVID COWAN'S AMENDED REQUEST TO PRODUCE TO DEFENDANT; CHECK NO. 18653 DATED: 6/8/2017 IN THE AMOUNT OF $15.00 MADE PAYABLE TO CFO** with the date and hour of service endorsed thereon by me, to: **KAYLA JOYNER** as **SENIOR WORD PROCESSOR**  for the Registered Agent of UNITED SERVICES AUTOMOBILE ASSOCIATION AND/OR USAA CASUALTY INSURANCE COMPANY C/O CHIEF FINANCIAL OFFICER, AS REG. AGENT  at the address of: **200 EAST GAINES STREET, TALLAHASSEE, FL 32399**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 25+, Sex: F, Race/Skin Color: WHITE, Height: 5'6", Weight: 135, Hair: BLONDE, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.  Under penalty of perjury I declare that the facts contained herein are true to the best of my knowledge.NO NOTARY REQUIRED PURSUANT TO F.S. 92.525 (2).

**MICHAEL C. NOLAN**
Certified Process Server, #111

**NOLAN PROCESS SERVERS, LLC**
**7498 Anglewood Lane**
**Tallahassee, FL 32309**
**(850) 562-6058**

Our Job Serial Number: MCN-2017004718

Copyright © 1992-2017 Database Services, Inc. - Process Server's Toolbox V7.1e



CHIEF FINANCIAL OFFICER
JEFF ATWATER
STATE OF FLORIDA

| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
*17-000108149*

DAVID COWAN AND SUZANNE COWAN

PLAINTIFF(S)

VS.

UNITED SERVICES AUTOMOBILE ASSOCIATION
(USAA), A DOMESTIC CORPORATION

DEFENDANT(S)

_____/

SUMMONS, COMPLAINT, DISCOVERY

**CASE #:** 2017-CA-3288
**COURT:** CIRCUIT COURT
**COUNTY:** DUVAL
**DFS-SOP #:** 17-000108149

## NOTICE OF SERVICE OF PROCESS

NOTICE IS HEREBY GIVEN of acceptance of Service of Process by the Chief Financial Officer of the State of Florida. Said process was received in my office by PROCESS SERVER on Friday, June 9, 2017 and a copy was forwarded by ELECTRONIC DELIVERY on Tuesday, June 13, 2017 to the designated agent for the named entity as shown below.

UNITED SERVICES AUTOMOBILE ASSOCIATION
DONNA MOCH
1200 SOUTH PINE ISLAND ROAD
PLANTATION FL 33324

**\*Our office will only serve the initial process(Summons and Complaint) or Subpoena and is not responsible for transmittal of any subsequent fillings, pleadings, or documents unless otherwise ordered by the Court pursuant to Florida Rules of Civil Procedure, Rule #1.080**

*Jeff Atwater*

Jeff Atwater
Chief Financial Officer

RONALD E SHOLES
RONALD E. SHOLES, P.A.
4981 ATLANTIC BLVD.
JACKSONVILLE FL 32207

SSD

IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT IN AND FOR
DUVAL COUNTY, FLORIDA

CASE NO.:   2017-CA-3288
DIVISION:   CV-B

DAVID COWAN and SUZANNE COWAN,

     Plaintiff,

vs.

UNITED SERVICES AUTOMOBILE
ASSOCIATION,

     Defendants.

## NOTICE OF APPEARANCE

Please take notice that Billie Jo Taylor of the firm of Boyd & Jenerette, P.A. will appear

as counsel of record for Defendant UNITED SERVICES AUTOMOBILE ASSOCIATION.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished to Michelline

Haynes Ruth, Esq (pleadings@ronsholespa.com) 4981 Atlantic Boulevard, Jacksonville, FL

32207 by Electronic Mail this 3d day of July, 2017.

BOYD & JENERETTE, P.A.

BILLIE JO TAYLOR
Florida Bar No. 057613
201 North Hogan Street, Suite 400
Jacksonville, Florida 32202
904-353-6241 - Telephone
904-493-3739 - Facsimile
Attorneys for Defendant USAA
Primary Address for E-service:
efiling@boydjen.com

02239464

IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT IN AND FOR
DUVAL COUNTY, FLORIDA

CASE NO.:   2017-CA-3288
DIVISION:   CV-B

DAVID COWAN and SUZANNE COWAN,

     Plaintiff,

vs.

UNITED SERVICES AUTOMOBILE
ASSOCIATION,

     Defendants.

---

## NOTICE OF DESIGNATION OF PRIMARY E-MAIL ADDRESS
## FOR SERVICE OF PLEADINGS AND PAPERS

     Boyd & Jenerette, P.A., pursuant to Florida Rules of Civil Procedure 1.080 (as amended effective September 1, 2012) and new Florida Rule of Judicial Administration 2.516 (as enacted effective September 1, 2012), designates the following e-mail address as the firm's primary e-mail address for the service of documents and request that copies of all orders, process, pleadings, and other documents filed or served in this matter be served to the following primary email address:

     efiling@boydjen.com

     Where service of hard copies is to be made in addition to the e-mail service required by new Rule 2.516 (b)(1)(A), counsel requests that the copies be served upon them at the physical address listed below.

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a copy of the foregoing has been furnished to Michelline Haynes Ruth, Esq (pleadings@ronsholespa.com) 4981 Atlantic Boulevard, Jacksonville, FL

02239464

32207 by Electronic Mail this _3rd_ day of July, 2017.

BOYD & JENERETTE, P.A.

BILLIE JO TAYLOR
Florida Bar No. 057613
201 North Hogan Street, Suite 400
Jacksonville, Florida 32202
904-353-6241 - Telephone
904-493-3739 - Facsimile
Attorneys for Defendant USAA
Primary Address for E-service:
efiling@boydjen.com

02239464

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
IN AND FOR DUVAL COUNTY, FLORIDA CIVIL DIVISION

DAVID COWAN and
SUZANNE COWAN,

CASE NO:     2017-CA-3288
DIVISION:    CV-B

Plaintiffs,

v.

UNITED SERVICES AUTOMOBILE
ASSOCIATION (USAA), a domestic
Corporation,

Defendant.

_____/

### JOINT STIPULATION TO ALLOW PLAINTIFFS TO
### FILE AMENDED COMPLAINT CORRECTING THE CAPTION

Plaintiffs and Defendant hereby file this Joint Stipulation allowing Plaintiffs to file a

Second Amended Complaint to correct the caption to properly name, USAA CASUALTY

INSURANCE COMPANY, a domestic Corporation as Defendant.

Billie Jo Taylor, Esquire
201 N. Hogan St., Ste. 400
Jacksonville, FL 32202
Phone: (904) 353-6241
Fax: (904) 493-3739
Florida Bar No.: 057613
Attorney for Defendant

Michelline Haynes Ruth, Esquire
4981 Atlantic Blvd.
Jacksonville, FL 32207
Phone: (904) 309-7800
Fax: (904) 721-7474
Florida Bar No.: 759491
Attorney for Plaintiff