**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

DAVID COWAN and
SUZANNE COWAN,

      Plaintiffs,

v.                                          Case No. 3:17-cv-803-J-39PDB

USAA CASUALTY INSURANCE
COMPANY,

      Defendant.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Joint Stipulation for Dismissal with Prejudice (Doc. No. 26; Stipulation) filed on March 5, 2018. In the Stipulation, the parties indicate their agreement to dismissal of this case with prejudice. See Stipulation at 1.

Accordingly, it is hereby

**ORDERED**:

1.    This case is **DISMISSED with prejudice.**

2.    Each party shall bear its own costs and fees.

3.    The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE and ORDERED** in Jacksonville, Florida this 6th day of March, 2018.

_____
BRIAN J. DAVIS
United States District Judge

*Copies to:*

Counsel of Record

*ap*